# EXHIBIT A

 **PEACHCOURT**

|  |  |  |  |
|---|---|---|---|
| **26CV01617** | **TODD GRIFFIN VS. SANTANDER CONSUMER USA INC** | **COBB SUPERIOR** | **EQUITY** |

## Case Information

| Case Initiation Date | Assigned Judge |
|---|---|
| 02/27/2026 | KIMBERLY A. CHILDS |

Why subscribe to PeachCourt+? Well, for one thing... you could get an automagic email alert when anyone files anything into this case. You don't have to come back here day after day after day just to check the docket. We'll take care of that for you. All you have to do is subscribe!

## Party Information

Plaintiff:

**GRIFFIN, TODD**

Defendant:

**SANTANDER CONSUMER USA INC,**

## Attorney/Filer Information

Add to Cart

| Docket # | Document Type | Description | Filer | Filing Date | Source | ☐ |
|---|---|---|---|---|---|---|
| 1 | Complaint | COMPLAINT | | 02/27/2026 | Manual | |
| 2 | Certificate Of Service | CERTIFICATE OF SERVICE | | 02/27/2026 | Manual | |
| 3 | Summons | SUMMONS | | 02/27/2026 | Manual | |
| 4 | Miscellaneous | CASE FILING INFORMATION FORM | | 02/27/2026 | Manual | |

The clerk's office maintains the official record for this case. The information we provide is our best attempt at reflecting the official record. Despite our best efforts, you may find discrepancies between the information on this page and the clerk's official record. The clerk's official record is always official and is always THE record.

FILED IN OFFICE
**2/27/2026 11:52AM**
CONNIE TAYLOR
CLERK OF SUPERIOR COURT
COBB COUNTY

*superior*

*TG* IN THE ~~STATE COURT~~ OF __Cobb__ COUNTY
STATE OF GEORGIA

TODD GRIFFIN
229 Kimberly Way SW
Marietta, GA 30046
Plaintiff

v.

SANTANDER CONSUMER USA INC.
Defendant

CIVIL ACTION FILE NO: _26CV01617_

---

# VERIFIED COMPLAINT FOR

DECLARATORY JUDGMENT, BREACH OF SETTLEMENT AGREEMENT,
UNJUST ENRICHMENT, AND VIOLATION OF FEDERAL LAW

---

## 1. PARTIES

Plaintiff TODD GRIFFIN is a resident of the State of Georgia and may be contacted at:

229 Kimberly Way SW
Marietta, GA 30046

Defendant SANTANDER CONSUMER USA INC. is a foreign corporation conducting business within the State of Georgia and may be served through its registered agent:

CT Corporation System
289 S Culver Street
Lawrenceville, GA 30046

---

## 2. JURISDICTION AND VENUE

Jurisdiction is proper pursuant to O.C.G.A. § 9-4-2 and O.C.G.A. § 9-10-30.

Venue is proper as Defendant conducts substantial business in this State and the cause of action arose within this jurisdiction.

# 3. FACTUAL ALLEGATIONS

Plaintiff entered into a retail installment agreement for the financing of a motor vehicle in the original amount of $16,632.00.

The contract was never executed by the originating dealership, rendering enforceability legally defective.

Plaintiff subsequently entered into a binding out-of-court arbitration settlement agreement with Defendant whereby Plaintiff paid $25,000.00 in full satisfaction of the account with the understanding that:

a. The account would be reflected as PAID IN FULL
b. Plaintiff would receive clear title to the vehicle
c. No deficiency balance would remain
d. No cancellation of debt would be reported

Despite Plaintiff's full performance under the agreement, Defendant issued an IRS Form 1099-C asserting a cancellation of debt in the amount of approximately $6,660.00 without Plaintiff's knowledge or consent.

Defendant has retained the benefit of Plaintiff's payment while simultaneously treating a portion of the obligation as discharged debt.

Further, Defendant is not the true lienholder of record. The lien is held by a securitized trust, depriving Defendant of standing to enforce the contract or claim deficiency.

# 4. CAUSES OF ACTION

COUNT I – Breach of Settlement Agreement

COUNT II – Unjust Enrichment

COUNT III – Declaratory Relief

COUNT IV – Violation of Federal Law (15 U.S.C. §1681; 26 U.S.C. §6050P)

## 5. DAMAGES

Plaintiff seeks:

a. Return of $25,000.00
b. Declaratory judgment that the account is paid in full
c. Rescission of IRS Form 1099-C
d. Release of vehicle title
e. Credit reporting correction
f. Costs of litigation
g. Any other relief deemed just and proper

## 6. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendant and prays for the relief stated above.

Respectfully submitted this _2 7_ day of _Fcburary_, 2026.

Todd Griffin
229 Kimberly Way SW
Marietta, GA 30046
Plaintiff, Pro Se

## VERIFICATION

I, Todd Griffin, verify under oath that the foregoing is true and correct to the best of my knowledge.

_Todd Griffin_        Feb 27, 2026

Todd Griffin

Sworn to and subscribed before me
this 27th day of February , 2026.

_Charlotte James_

Notary Public  001291202q

FILED IN OFFICE
**2/27/2026 11:52AM**
CONNIE TAYLOR
CLERK OF SUPERIOR COURT
COBB COUNTY

IN THE ~~STATE COURT~~ Superior COURT OF Cobb COUNTY
STATE OF GEORGIA

TODD GRIFFIN
Plaintiff

v.

SANTANDER CONSUMER USA INC.
Defendant

CIVIL ACTION FILE NO: 26CV01647

---

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing Complaint, Summons, and Civil Case Filing Information Form upon the Defendant by forwarding a copy of same via U.S. Mail to:

Santander Consumer USA Inc.
c/o CT Corporation System
289 S Culver Street
Lawrenceville, GA 30046

This 27 day of February , 2026.

---

Todd Griffin
229 Kimberly Way SW
Marietta, GA 30046
[Phone Number]
Plaintiff, Pro Se

FILED IN OFFICE
**2/27/2026 11:54AM**
CONNIE TAYLOR
CLERK OF SUPERIOR COURT
COBB COUNTY

IN THE ~~STATE COURT~~ OF _Cobb_ COUNTY
STATE OF GEORGIA

TODD GRIFFIN
Plaintiff

v.

SANTANDER CONSUMER USA INC.
Defendant

---

# CIVIL CASE FILING INFORMATION FORM

1. CASE TYPE
   ☐ Contract
   ☐ Tort
   ☒ Other Civil

Specify: Breach of Settlement Agreement / Declaratory Judgment / Unjust Enrichment / Federal Reporting Violation

---

2. IS THIS A JURY TRIAL DEMAND?
   ☒ YES ☐ NO

---

3. IS THIS A CLASS ACTION SUIT?
   ☐ YES ☒ NO

---

4. DAMAGES REQUESTED
   ☒ Monetary
   ☒ Declaratory Relief
   ☒ Equitable Relief

Amount Requested: $25,000.00 plus costs

---

5. PARTY INFORMATION

Plaintiff:
Todd Griffin
[Your Address]
[City, State, Zip]
[Phone Number]

Defendant:
Santander Consumer USA Inc.

Registered Agent for Service:
CT Corporation System
289 S Culver Street
Lawrenceville, GA 30046

---

6. ATTORNEY INFORMATION
   Plaintiff Pro Se

---

Respectfully submitted this 27 day of February, 2026.

---

Todd Griffin
Plaintiff, Pro Se

*Todd griffin Feb 27, 2026*

FILED IN OFFICE
**2/27/2026 11:54AM**
CONNIE TAYLOR
CLERK OF SUPERIOR COURT
COBB COUNTY

IN THE S~~TATE COURT~~ Superior OF _Cobb_ COUNTY
STATE OF GEORGIA

TODD GRIFFIN
Plaintiff

v.

SANTANDER CONSUMER USA INC.
Defendant

CIVIL ACTION FILE NO: _26CV01617_

# SUMMONS

TO:
SANTANDER CONSUMER USA INC.

c/o CT Corporation System
289 S Culver Street
Lawrenceville, GA 30046

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff TODD GRIFFIN an Answer to the Complaint within **thirty (30) days** after service of this Summons upon you.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Witness the Honorable Judge of said Court.

This _27_ day of _February_, 2026.

Superior
Clerk of ~~State~~ Court
_Cobb_ County, Georgia

Prepared by:

Todd Griffin
Plaintiff, Pro Se
[Your Address]
[City, State, Zip]
[Phone Number]

229 Kimberly Way,
Marietta GA 30064
██ ██ ██ - 4282
Todd Griffin Feb 27, 2026